1062

[No. 14037-7-III.    Division Three.    November 5, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES DEWITT DeMAR, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 94-1-00011-9, Michael E. Cooper, J., entered March 28, 1994. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Kurtz, J.